**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1472**

---

DOROTHY P. LITZENBERG,

Plaintiff - Appellant,

versus

JOHN H. LITZENBERG,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-97-610)

---

Submitted:  June 12, 1997        Decided:  June 17, 1997

---

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dorothy P. Litzenberg, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action alleging conspiracy in state court domestic relations proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Litzenberg v. Litzenberg</u>, No. CA-97-610 (D. Md. Mar. 4, 1997). We deny Appellant's motions for oral argument and to amend the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2